RECEIVED

SEP 15 2025

Clerk, U.S. District Court
Fairbanks, AK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA — FAIRBANKS DIVISION

Preston G. Wheeler, Plaintiff, Pro Se
599 Leuthold Dr
Fairbanks, Alaska 99712
Phone: 907-590-1803
Email: wheeler.preston@gmail.com
(Note: Service or legal communication via email is not acceptable. All official communications must be mailed.)

-v-

Daniel P. Driscoll, in his official capacity as Secretary of the Army,
Defendant.

Case No.: 4:25-CV-00039-SLG

COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND DENIAL OF REASONABLE ACCOMMODATION
(Jury Trial Demanded)

## I. Introduction

This is a civil action brought by Plaintiff, Preston G. Wheeler, against his employer, the United States Army Corps of Engineers (USACE) via the Secretary of the Amy for unlawful employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e et seq., Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C. § 791 et seq., and the Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq., and the Due Process Clause of the Fifth Amendment of the U.S. Constitution. Plaintiff alleges unlawful discrimination, denial of reasonable accommodation, hostile work environment, retaliation, and age discrimination arising from his use of service animals, his age, and his protected EEO activity.

## II. Jurisdiction and Venue

This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question), 29 U.S.C. § 794a (Rehabilitation Act), and 29 U.S.C. § 626 (ADEA). Venue is proper in the District of Alaska

under 28 U.S.C. § 1391(e), as Plaintiff resides in Fairbanks, Alaska, and the events giving rise to this action occurred there.

### III. Parties

Plaintiff, Preston G. Wheeler, resides in Fairbanks, Alaska. Plaintiff worked as a contractor for the U.S. Army Corps of Engineers (USACE) from April 2019–April 2021, during which time he utilized a trained service animal named Cara. Upon transitioning to full-time federal government employment in April 2021, Cara was retired.

Beginning in August 2022, Plaintiff began bringing a new service animal, Eoin, for periodic training at the workplace. In March 2023, Eoin was placed into full-time service as Plaintiff's recognized service animal under the Rehabilitation Act.

Defendant is Daniel P. Driscoll, Secretary of the Army, the official head of the U.S. Department of the Army. He is sued in his official capacity only.

### IV. Statement of Claims

Plaintiff incorporates by reference Exhibit A – Statement of Facts as though fully set forth herein.

Plaintiff was subjected to discrimination in violation of the Rehabilitation Act when he was harassed and denied reasonable accommodation because of his use of a service animal, including negative treatment based on the dog's size and breed.

Plaintiff was further subjected to a hostile work environment through repeated harassment by coworkers and supervisors, creating intolerable conditions at the Fort Wainwright office.

Plaintiff's due process rights under the Fifth Amendment were violated when the EEO process was obstructed, including when his timely notification was disregarded and improperly dismissed.

Plaintiff also suffered age discrimination in violation of the ADEA, as a federal employee over the age of 40 who was subjected to disparate treatment and adverse actions in the workplace.

### V. Relief Requested

Plaintiff respectfully requests that this Court grant the following relief:

A. A declaration that Defendant's actions violated Plaintiff's rights under the Rehabilitation Act, ADEA, and the Due Process Clause.

B. An order placing Plaintiff on paid administrative leave with full salary and benefits for the duration of this litigation, or until further notice from the Court.

C. Compensatory damages for emotional distress, mental anguish, and harm to professional standing.

D. Injunctive relief requiring Defendant to provide proper reasonable accommodation for Plaintiff's service animal, including recognition of service-animal rights in all Army Corps of Engineers workplaces.

E. Reinstatement and restoration of Plaintiff's workplace protections and rights.

F. Appointment of counsel to represent Plaintiff pro bono pursuant to 28 U.S.C. § 1915(e)(1), as Plaintiff is unable to afford counsel, or in the alternative, such other appointment of counsel as the Court deems just and proper.

G. Any further relief this Court deems just and proper.


Respectfully submitted,

Dated: 15 SEP 2025

/s/ Preston G. Wheeler
Preston G. Wheeler
Plaintiff, Pro Se
599 Leuthold Dr
Fairbanks, Alaska 99712
Phone: 907-590-1803
Email: wheeler.preston@gmail.com
(Note: Service or legal communication via email is not acceptable. All official communications must be mailed to the address above.)

Case 4:25-cv-00039-SLG    Document 1    Filed 09/15/25    Page 3 of 4

## Exhibits Packet — Index

The following Exhibits are submitted in support of Plaintiff Preston G. Wheeler's Complaint. Each Exhibit includes a cover page/summary (included in the Complaint packet) and the full underlying document (attached separately in the Exhibits section).

Exhibit A — Statement of Facts
A detailed factual background outlining Plaintiff's employment with the U.S. Army Corps of Engineers, his use of service animals (Cara and later Eoin), the timeline of events, incidents of discrimination, hostile work environment, and related harms.

Exhibit B — March 21, 2024 Letter to EEO Officer
A letter submitted by Plaintiff to the EEO Officer documenting timely notification of discrimination, specifically the harassment of Plaintiff's service animal Eoin during a February 2024 training session.

Exhibit C — June 17, 2025 EEOC Appellate Decision
The EEOC Office of Federal Operations decision affirming Plaintiff's right to file a civil action in federal district court within ninety (90) days of receipt.

Exhibit D — September 25, 2024 Email to Supervisor
An email from Plaintiff to his supervisor documenting the ongoing trauma and retraining needs of Plaintiff's service animal Eoin following the July 31, 2024 harassment incident at Fort Wainwright, including identification of workplace witnesses.

Respectfully submitted,

*Preston G. Wheeler*

Dated: *15 SEP 2025*

/s/ Preston G. Wheeler
Preston G. Wheeler
Plaintiff, Pro Se
599 Leuthold Dr
Fairbanks, Alaska 99712
Phone: 907-590-1803
Email: wheeler.preston@gmail.com
(Note: Service or legal communication via email is not acceptable. All official communications must be mailed to the address above.)